**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LAVIETRA BROWN** | ) | |
| **Plaintiff,** | ) | **Case No.: 1:26-cv-00217-APM** |
| **v.** | ) | |
| **HOWARD UNIVERSITY HOSPITAL** | ) | |
| **Defendant.** | ) | |

**DEFENDANT HOWARD UNIVERSITY HOSPITAL'S MOTION TO DISMISS**

Defendant Howard University Hospital ("Howard" or "HUH") hereby moves to dismiss this matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

As explained in the attached Memorandum in Support of this Motion, Plaintiff LaVietra Brown's ("Plaintiff" or "Brown") claims are conclusory and self-defeating. The Complaint largely contains legal conclusions and affirmatively pleads facts that defeat essential elements of Plaintiff's claims under the Americans with Disabilities Act ("ADA"), the District of Columbia Human Rights Act ("DCHRA"), and the Family and Medical Leave Act ("FMLA"). As such, dismissal of this matter with prejudice is warranted.

February 2, 2026

Respectfully submitted,

**HOWARD UNIVERSITY**

/s/ *Nathiya Nagendra*
Zachary I. Shapiro
Deputy General Counsel
D.C. Bar # 1021639

Nathiya Nagendra
Senior Associate General Counsel
D.C. Bar #1031055
Howard University
2400 Sixth Street, N.W.
Washington, D.C. 20059
T: 202-806-2650
E-mail: zachary.shapiro@howard.edu
nathiya.nagendra@howard.edu

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Motion to Dismiss and its attachments was filed via ECF on February 2, 2026 and mailed and e-mailed to:

LaVietra Brown
1115 McCollough Ct NW
Unit #302
Washington, DC 20001
lavietrawhite1976@gmail.com

*Plaintiff*

/s/ *Nathiya Nagendra*
Nathiya Nagendra